**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SHARON BOST, in her individual capacity and as personal representative of the ESTATE OF FATIMA NEAL, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:15-cv-03278-ELH |
| WEXFORD HEALTH SOURCES, INC., et al., | * | Hon. Ellen L Hollander |
| | * | |
| Defendants. | * | Hon. A. David Copperthite |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**PLAINTIFF'S MOTION TO COMPEL**
**TESTIMONY AND DOCUMENTS**

Plaintiff SHARON BOST, in her personal capacity and as personal representative of the ESTATE OF FATIMA NEAL, by her attorneys, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Local Rule 104.8, respectfully requests that this Court compel Defendants Ohaneje, Ajayi, Jamal, McNulty, El-Sayed, Afre, and Harmon to provide responsive testimony currently being withheld on the basis of an inapplicable state-law privilege, and compel Wexford to produce a Monthly Incident Review Report for November 2012 and a 2012 Mortality Log that it is currently withholding under that same inapplicable state-law privilege.  In support of her motion, Plaintiff adopts and incorporates the accompanying Memorandum of Law.

Respectfully submitted,

/s/ Sarah Grady
Sarah Grady
Attorney for Plaintiff

Arthur Loevy
Michael Kanovitz
Anand Swaminathan
Steven Art
Sarah Grady
Tony Balkissoon
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, Illinois 60607
Phone No.: (312) 243-5900
Fax No.: (312) 243-5902
sarah@loevy.com
Bar No.: 805033

Masai D. McDougall
Fareed Nassor Hayat
Norrinda Hayat
THE PEOPLE'S LAW FIRM
14908 Notley Avenue
Silver Spring, Maryland 20905
Phone No.: (301) 384-2198

**<u>CERTIFICATE OF SERVICE</u>**

I, Sarah Grady, an attorney, hereby certify that, on January 5, 2017, I filed the foregoing Plaintiff's Motion to Compel Testimony and Documents using the Court's CM-ECF system, which effected service on all counsel of record listed below. I further certify that within one (1) business day of this filing, I will cause the same to be served on Defendant Cierra Ladson at the address she provided the Court (Doc. No. 60).


/s/ Sarah Grady
Sarah Grady
Attorney for Plaintiff


Laura Mullally
OFFICE OF THE MARYLAND ATTORNEY GENERAL
300 East Joppa Rd., Ste. 1000
Towson, Maryland 21286
Phone No.: (410) 339-7339
Fax No.: (410) 339-4243


Michael Sloneker
Megan McGinnis
ANDERSON, COE & KING
7 Saint Paul St., Ste. 1600
Baltimore, Maryland 21202
Phone No.: (410) 752-1630
Fax. No.: (410) 752-0085