IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ESTATE OF FATIMA NEAL, et al | * | |
|    Plaintiffs | * | |
| v. | * | Case no.:  15-CV-03278-ELH |
| STATE OF MARYLAND, et al | * | |
|    Defendants | * | |

\* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO MODIFY SCHEDULING ORDER**

Defendants, Wexford Health Sources, Inc. ("Wexford") and Elizabeth Obadina, Andria Wiggins, Ebere Ohaneje, Anike Ajayi, Najma Jamal, Karen McNulty, Jocelyn El-Sayed, Getachew Afre, and Oby Atta (collectively the "Individual Medical Defendants"), by and through their attorneys, J. Michael Sloneker and Megan J. McGinnis, file this Consent Motion to Modify Scheduling Order, and state as follows:

1. Under the initial Scheduling Order issued by this Court on April 19, 2016, the discovery deadline in this case was June 30, 2017, and the dispositive pretrial motions deadline was July 31, 2017.  (ECF No. 44).

2. On June 19, 2017, the Court extended the discovery deadline to August 15, 2017. It did not issue a corresponding extension of the dispositive pretrial motions deadline, which remains July 31, 2017, fifteen days before the discovery deadline.

3. The parties have not yet completed depositions of the rebuttal experts that Plaintiff disclosed on June 19, 2017 (timely disclosed by agreement of the parties), and those depositions as well as other discovery which may take place in advance of the August 15, 2017 discovery deadline may be necessary for the parties to fully brief dispositive pretrial motions.

1

4.     Accordingly, under Federal Rule of Civil Procedure 16(b)(4), good cause exists to modify the scheduling order to extend the dispositive pretrial motions deadline to September 15, 2017.

5.     No party will be prejudiced by this modification, and in fact, all parties will be prejudiced if the modification is not granted.

6.     All parties have consented, through counsel, to the modification requested herein.

WHEREFORE, Wexford and the Individual Medical Defendants respectfully request that the Court extend the dispositive pretrial motions deadline to September 15, 2017.

Respectfully Submitted,

 /s/ J. Michael Sloneker
J. Michael Sloneker (Bar no.: 03324)
Megan J. McGinnis (Bar no.: 12810)
Anderson, Coe & King, LLP
Seven Saint Paul Street, Suite 1600
Baltimore, MD  21202
(T) 410-752-1630/  (F) 410-752-0085
sloneker@acklaw.com/  mcginnis@acklaw.com
*Attorneys for Defendants Wexford Health Sources, Inc.; Elizabeth Obadina, RN; Andria Wiggins, PA; Ebere Ohaneje, RN; Anike Ajayi, RN; Najma Jamal, RN; Karen McNulty, RN; Jocelyn El-Sayed, MD; Getachew Afre, MD; Oby Atta, CRNP*

Certificate of Service

      I HEREBY CERTIFY that on this 5th day of July, 2017 a copy of the foregoing Defendants' Consent Motion to Modify Scheduling Order and proposed Order were served via electronic mail and/or via first class mail to:

| | |
|---|---|
| Fareed Nassor Hayat, Esquire | Laura Mullally, Esquire |
| Masai D. McDougall, Esquire | Beverly Hughes, Esquire |
| Norrinda Hayat, Esquire | Assistant Attorney General |
| The People's Law Firm, LLC | Office of the Attorney General |
| 14908 Notley Avenue | 300 East Joppa Road, Suite 1000 |
| Silver Spring, MD 20905 | Towson, MD 21286 |
| Fareed.hayat@thepeopleslawfirm.net | Laura.mullally@maryland.gov |
| Masai.mcdougall@thepeopleslawfirm.net | Beverly.hughes@maryland.gov |
| Norrinda.hayat@thepeopleslawfirm.net | *Attorneys for Defendants State of Maryland;* |
| *Attorneys for Plaintiffs* | *Baltimore City Detention Center* |
| | |
| Michael Kanovitz, Esquire | Cierra Ladson |
| Sarah Grady, Esquire | 5324 Todd Avenue |
| Steve Art, Esquire | Baltimore, MD 21206 |
| Anand Swaminathan, Esquire | *Pro Se* Defendant |
| Theresa Kleinhaus, Esquire | (VIA FIRST CLASS MAIL) |
| Tony Balkissoon, Esquire | |
| Loevy and Loevy | |
| 311 N. Aberdeen 3rd Floor | |
| Chicago, IL 60607 | |
| mike@loevy.com | |
| sarah@loevy.com | |
| steve@loevy.com | |
| anand@loevy.com | |
| tess@loevy.com | |
| tony@loevy.com | |
| *Attorneys for Plaintiffs* | |

                              /s/ J. Michael Sloneker
                              J. Michael Sloneker (Bar no.: 03324)