IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ESTATE OF FATIMA NEAL, et al | * | |
| Plaintiffs | * | |
| v. | * | Case no.: 15-CV-03278-ELH |
| STATE OF MARYLAND, et al | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * *

## ORDER

Upon consideration of Defendants', Wexford Health Sources, Inc., Elizabeth Obadina, Andria Wiggins, Ebere Ohaneje, Anike Ajayi, Najma Jamal, Karen McNulty, Jocelyn El-Sayed, Getachew Afre, and Oby Atta, Consent Motion to Modify Scheduling Order, it is this 5th day of July, 2017, hereby **ORDERED** that:

1. Defendants' Consent Motion to Modify Scheduling Order is **GRANTED**; and

2. The dispositive pretrial motions deadline is extended to September 15, 2017.

_____/s/_____
Ellen Lipton Hollander
United States District Judge