IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHARON BOST, individually and as personal representative of the ESTATE OF FATIMA NEAL, <br><br> *Plaintiff*, <br><br> v. <br><br> WEXFORD HEALTH SOURCES, INC., et al. <br><br> *Defendants*. | Civil Action No. ELH-15-3278 |

**ORDER**

For the reasons stated in the accompanying Memorandum, it is this 16th day of August, 2017, by the United States District Court for the District of Maryland, hereby **ORDERED** that Bost's Objection (ECF 178) to Magistrate Judge David Copperthite's Orders (ECF 166; ECF 171; ECF 176) is **DENIED**.

/s/
Ellen Lipton Hollander
United States District Judge