Case 1:15-cv-03278-ELH Document 395 Filed 02/22/18 Page 1 of 2
Case 1:15-cv-03278-ELH Document 394-1 Filed 02/22/18 Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2018 FEB 22 PM 3:17
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| | |
|---|---|
| SHARON BOST, in her individual capacity and as personal representative of the ESTATE OF FATIMA NEAL, | * * * |
| Plaintiff, | * |
| v. | * |
| WEXFORD HEALTH SOURCES, et al., | * |
| Defendants. | * * |

Case No. 1:15-cv-03278-ELH

Hon. Ellen L. Hollander,
District Judge

Hon. A. David Copperthite,
Magistrate Judge

* * * * * * * * * * * * * * *

## ORDER

Upon consideration of the foregoing Joint Motion for Extension of Time, and for good cause shown, it is this _22nd_ day of _Feb_, 2018, hereby

**ORDERED**, that the Parties' Joint Motion for Extension of Time to File Proposed Final Pretrial Order is granted ~~and~~ _in part_:

**ORDERED**, that Parties shall file their proposed Final Pretrial Order by ~~March 22, 2018~~ _close of business on 3/23/18_.

_Ellen L. Hollander_
_____
Honorable Ellen E. Hollander
United States District Judge
United States District Court for the
District of Maryland