IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHARON BOST, In Her Individual Capacity *
And As Personal Representative of the
ESTATE OF FATIMA NEAL, et al        *

    Plaintiffs                              *

v.                                           *     Case no.: 15-CV-03278-ELH

WEXFORD HEALTH SOURCES, INC. et al *

    Defendants                     *

                              * * * * * * * * * * * * * * * * * * *

## NOTICE OF WITHDRAWAL OF APPEARANCE

M. Clerk:

      Please withdraw the appearance of J. Michael Sloneker as attorney of record on behalf of Defendants Wexford Health Sources, Inc.; Elizabeth Obadina, RN; Andrea Wiggins, PA; Ebre Ohaneje, RN; Anike Ajayi, RN; Najma Jamal, RN; Karen McNulty, RN; Jocelyn El-Sayed, MD; Getachew Afre, MD; Obby Atta, CRNP.  Gregory L. VanGeison, Cullen B. Casey and Megan J. McGinnis remain attorneys of record for said Defendants.

   /s/ J. Michael Sloneker
J. Michael Sloneker (Bar no.: 03324)
Gregory L. VanGeison (Bar no.: 07658)
Cullen B. Casey (Bar No.: 28577)
Megan J. McGinnis (Bar No.: 12810)
Anderson, Coe & King, LLP
Seven Saint Paul Street, Suite 1600
Baltimore, MD  21202
(T) 410-752-1630/  (F) 410-752-0085
Sloneker@acklaw.com / vangeison@acklaw.com /
casey@acklaw.com; mcginnis@acklaw.com
*Attorneys for Defendants Wexford Health Sources, Inc.; Elizabeth Obadina, RN; Andrea Wiggins, PA; Ebre Ohaneje, RN; Anike Ajayi, RN; Najma Jamal, RN; Karen McNulty, RN; Jocelyn El-Sayed, MD; Getachew Afre, MD; Obby Atta, CRNP*

Certificate of Service

I HEREBY CERTIFY that on this 28th day of February, 2018 a copy of the foregoing Defendants' Withdrawal of Appearance was served via electronic mail and/or via first class mail to:

| | |
|---|---|
| Fareed Nassor Hayat, Esquire | Arthur Loevy, Esquire |
| Masai D. McDougall, Esquire | Michael Kanovitz, Esquire |
| Norrinda Hayat, Esquire | Sarah Grady, Esquire |
| The People's Law Firm, LLC | Steve Art, Esquire |
| 14908 Notley Avenue | Anand Swaminathan, Esquire |
| Silver Spring, MD  20905 | Theresa Kleinhaus, Esquire |
| Fareed.hayat@thepeopleslawfirm.net | Anthony Balkissoon, Esquire |
| Masai.mcdougall@thepeopleslawfirm.net | Rachel Brady, Esquire |
| Norrinda.hayat@thepeopleslawfirm.net | Loevy and Loevy |
| *Attorneys for Plaintiffs* | 311 N. Aberdeen Street,  3rd Floor |
| | Chicago, IL  60607 |
| | mike@loevy.com / sarah@loevy.com / |
| | steve@loevy.com / anand@loevy.com / |
| | tess@loevy.com / tony@loevy.com / |
| | brady@loevy.com |
| | *Attorneys for Plaintiffs* |

| | |
|---|---|
| Laura Mullally, Esquire<br>Christopher A. Hinrichs, Esquire<br>Beverly F. Hughes, Esquire<br>Assistant Attorney General<br>Office of the Attorney General<br>300 East Joppa Road, Suite 1000<br>Towson, MD  21286<br>Laura.mullally@maryland.gov<br>Beverly.hughes@maryland.gov<br>*Attorneys for Defendants State of Maryland;*<br>*Baltimore City Detention Center* | Cierra Ladson<br>5324 Todd Avenue<br>Baltimore, MD  21206<br>*Pro Se* Defendant<br>(VIA FIRST CLASS MAIL) |

                                                         /s/ J. Michael Sloneker_____
                                                        J. Michael Sloneker (Bar no.: 03324)