Case 1:15-cv-03278-ELH Document 411-1 Filed 03/19/18 Page 1 of 1

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND** 2018 MAR 19 PM 3:06

CLERK'S OFFICE
AT BALTIMORE

| | | |
|---|---|---|
| SHARON BOST, *et al.* | * | |
| Plaintiffs, | * | BY_____DEPUTY |
| v. | * | Civil Action No. ELH-15-03278 |
| WEXFORD HEALTH SOURCES, *et al.* | * | |
| Defendants. | * | |

## ORDER

Upon consideration of the foregoing Custody Defendants' Motion to File Certain Pleadings Under Seal (ECF No. 411), and for good cause shown, it is this ___19th___ day of ___March___, 2018 hereby

**ORDERED,** that the Custody Defendants' Motion to File Certain Pleadings Under Seal is **GRANTED.** And, it is further Ordered that ECF 409 is DENIED as Moot.

_Ellen L. Hollander_
Judge Ellen. Hollander

3