**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

August 13, 2018

LETTER TO COUNSEL

    Re:    *Bost v. Wexford Health Sources, Inc., et al.*
             Civil No.: ELH-15-3278

Dear Counsel:

This will confirm and amplify the substance of our discussions during the status conference held by telephone on August 13, 2018.

The following dates shall govern:

1. The deadline for submissions of the proposed joint pretrial order; proposed joint voir dire; proposed joint jury instructions; and a joint proposed verdict sheet has been extended to **September 24, 2018.**

   Of course, you may file separately any proposed voir dire questions, jury instructions, and verdict forms upon which you cannot agree. Copies of all submissions should be sent by Microsoft Word format to my judicial assistant, Karen Warren, at karen_warren@mdd.uscourts.gov   Please be sure to include a table of contents and "boilerplate" instructions with the proposed jury instructions, as well as legal citations for any contested proposed jury instructions.

2. A telephone status conference is scheduled for **October 12, 2018, at 1:30 p.m.**

3. The Court will hold a hearing on motions in limine beginning at **10:00 a.m. on either October 25, 2018 or November 16, 2018**, depending on the Court's calendar. The date will be finalized during our conference on **October 12, 2018**.

4. The pretrial conference will be held in Chambers on **November 9, 2018, at 4:00 p.m.**

5. The trial (jury, 3 weeks) is scheduled for **our backup date of December 3, 2018, in lieu of our original date of October 9, 2018.**

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                                Sincerely,

                                                                 /s/
                                                           Ellen Lipton Hollander
                                                           United States District Judge