**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2019 JAN -2 PM 5: 29
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

January 2, 2019

MEMORANDUM TO COUNSEL

Re: *Bost et al v. Wexford Health Sources, Inc.*
Civil Action No. ELH-15-3278

Dear Counsel:

As you know, per your request, I issued a settlement order (ECF 444) on November 6, 2018, as to all outstanding claims against the remaining individual defendants. However, the *Monell* claim against defendant Wexford Health Sources, Inc. is still pending. Accordingly, by January 17, 2019, I ask counsel to submit a status report, which shall include a proposed schedule for the resolution of the case.

Despite the informal nature of this Memorandum, it is an Order of the Court, and the Clerk is directed to docket it as such.

Very truly yours,

/s/

Ellen Lipton Hollander
United States District Judge