IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHARON BOST, In Her Individual Capacity And As Personal Representative of the ESTATE OF FATIMA NEAL, | * | |
| | * | |
| Plaintiff | * | |
| v. | * | Case no.: 15-CV-03278-ELH |
| WEXFORD HEALTH SOURCES, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the Consent Motion to Extend Deadline for Discovery Report, it is this 30th day of May, 2019, hereby **ORDERED** that said Motion is **GRANTED**. The deadline set in ECF No. 464 for the parties to file a joint report to the Court is extended to July 31, 2019. The Court does not anticipate any further extensions.

_____
The Honorable Ellen L. Hollander
United States District Judge

cc: All Counsel of Record

4824-1884-5336, v. 1