IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Approved
ELH
USDJ
7/6/20

| | |
|---|---|
| SHARON BOST, in her individual capacity and as Personal Representative of the ESTATE OF FATIMA NEAL, | * |
| | * Case No. 1:15-cv-03278-ELH |
| Plaintiff, | * Hon. Ellen L Hollander, District Judge |
| v. | * |
| | * JURY TRIAL DEMANDED |
| WEXFORD HEALTH SOURCES, INC., et al., | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATUS REPORT

The Parties, through their undersigned counsel, respectfully submit the following report on the status of ESI discovery in this case:

1. Since their last status report, Dkt. 492, and throughout the COVID-19 shutdown/slowdown, the parties have continued to work cooperatively on ESI related discovery. During that time, Wexford's counsel completed the review of approximately 31 GB of data and produced approximately 6500 pages of documents as part of the first portion of ESI discovery.

2. Since the initial ESI production, the parties have continued to confer about the remaining portion of ESI discovery, including searching email accounts of numerous Wexford employees. The initial volume of email data was over 60GB and included over 600,000 documents and files. Given the initial volume of data, the parties negotiated and reached an agreement on the search parameters and the number of documents to be included in the email review. The pertinent files and documents have now been retrieved from Wexford's servers, the search terms run, and Wexford's ESI vendor is currently in the process of uploading 13,669 documents/files for review.

Wexford's counsel anticipates they can complete the review and produce responsive documents or files by late July or early August.

3. After review and production of the remaining ESI information, the parties will resume depositions and believe they will be able to complete depositions and conclude fact-discovery in approximately 75 days. However, the parties recognize that the depositions of some of the remaining fact witnesses could be delayed or complicated by COVID-19 as some of the witnesses reside in Florida and Arizona.

4. The Parties will participate in a settlement conference with Judge Coulson on October 14, 2020.

5. Given the status of discovery, the Parties request that the fact discovery deadline be set for October 30, 2020. On or before October 30, 2020 the parties will file a joint status report on fact discovery and provide the Court with suggested deadlines for expert discovery and dispositive motions.

RESPECTFULLY SUBMITTED,

/s/ Anand Swaminathan
*Attorney for Plaintiff*

Arthur Loevy
Michael Kanovitz
Anand Swaminathan
Steven Art
Sarah Grady
Rachel Brady
LOEVY & LOEVY
311 N. Aberdeen, Third Fl.
Chicago, IL 60607
(312) 243-5900
anand@loevy.com

/s/ Cullen B. Casey
*Attorney for Defendant*

Gregory L. VanGeison (Bar No. 07658)
Cullen B. Casey (Bar No. 28577)
Anderson, Coe & King, LLP
Seven Saint Paul Street, Suite 1600
Baltimore, MD 21202
(410) 752-1630
vangeison@acklaw.com
casey@acklaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of July, 2020 a copy of the foregoing Status Report was electronically filed and served upon and/or mailed to:

Arthur Loevy, Esquire
Michael Kanovitz, Esquire
Sarah Grady, Esquire
Steve Art, Esquire
Anand Swaminathan, Esquire
Theresa Kleinhaus, Esquire
Rachel Brady, Esquire
Loevy and Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL  60607
mike@loevy.com / sarah@loevy.com /
steve@loevy.com / anand@loevy.com /
tess@loevy.com /
brady@loevy.com
*Attorneys for Plaintiffs*

Fareed Nassor Hayat, Esquire
Masai D. McDougall, Esquire
Norrinda Hayat, Esquire
The People's Law Firm, LLC
14908 Notley Avenue
Silver Spring, MD  20905
Fareed.hayat@thepeopleslawfirm.net
Masai.mcdougall@thepeopleslawfirm.net
Norrinda.hayat@thepeopleslawfirm.net
*Attorneys for Plaintiffs*

/s/ Cullen B. Casey
Cullen B. Casey (Bar No.: 28577)