IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHARON BOST, in her individual capacity and as personal representative of the ESTATE OF FATIMA NEAL,<br><br>    *Plaintiff*,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, *et al.*,<br><br>    *Defendants*. | Case No. 1:15-cv-03278-ELH<br><br>Hon. Ellen L. Hollander,<br>District Judge<br><br>Hon. A. David Copperthite,<br>Magistrate Judge |

## ORDER

Upon consideration of the Plaintiff's Status Report (ECF 513) and Defendant's Response (ECF 515), following the November 3, 2020 telephone status hearing with the parties, and for good cause shown, it is this 5th day of Nov., 2020, hereby

**ORDERED**, that the fact discovery deadline in this case is extended to January 15, 2021,

**ORDERED**, that Plaintiff shall disclose her experts by February 26, 2021, Defendant shall disclose its experts by April 26, 2021, and Plaintiff shall disclose any rebuttal experts by May 26, 2021, and the parties shall file dispositive motions by June 30, 2021, and

**ORDERED**, that Plaintiff is given 30 remaining hours to conduct depositions in this case, including depositions of previously deposed individuals.

*Ellen L. Hollander*
Honorable Ellen L. Hollander
United States District Judge
United States District Court for the
District of Maryland