IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHARON BOST, in her individual           )
capacity and as Personal                 )
Representative of the ESTATE OF          )
FATIMA NEAL,                             )
                                         )    Case No. 1:15-cv-03278-ELH
         Plaintiff,                      )
    v.                                   )    Judge Ellen L. Hollander
                                         )
WEXFORD HEALTH SOURCES, et al.,          )    JURY TRIAL DEMANDED
                                         )
         Defendants.                     )
                                         )
                                         )

~~PROPOSED~~ ORDER   Exit

Upon consideration of the foregoing Plaintiff's Corrected Motion for Leave to File *Instanter* Oversize Response Brief, it is this 27th day of Oct, 2021, hereby **ORDERED** that Plaintiff's Corrected Motion for Leave to File *Instanter* Oversize Response Brief is **GRANTED**. Provided, however, that by Nov. 5, 2021, defendants may move to rescind this Order as improvidently granted. ECF 543 is denied as moot.

*/s/ Ellen L. Hollander*
Honorable Ellen L. Hollander
United States District Judge
United States District Court for the
District of Maryland