IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHARON BOST, In Her Individual Capacity And As Personal Representative of the ESTATE OF FATIMA NEAL, | * |
| Plaintiff | * |
| v. | *   Case no.: 1:15-CV-03278-ELH |
| WEXFORD HEALTH SOURCES, INC. | * |
| Defendant | * |

*Approved —*
*[signature]*
*USDJ*
*10/29/21*

## LINE STRIKING APPEARANCE OF COUNSEL

M. Clerk:

Please strike the appearance of Patrick D. Hanlon as additional counsel of record on behalf of Defendant Wexford Health Sources, Inc. in this matter. Gregory L. VanGeison and Cullen B. Casey will remain as counsel of record.

Respectfully submitted,

/s/ Gregory L. VanGeison
Gregory L. VanGeison (Bar no.: 07658)
/s/ Cullen B. Casey
Cullen B. Casey (Federal Bar # 28577)
ANDERSON, COE & KING, LLP
Seven St. Paul Street, Suite 1600
Baltimore, MD 21202
T: 410-752-1630 / F: 410-752-0085
vangeison@acklaw.com / casey@acklaw.com
*Attorneys for Defendant Wexford Health Sources, Inc.*

4856-9445-1969, v. 1