IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHARON BOST, in her individual capacity and as Personal Representative of the ESTATE OF FATIMA NEAL, )))))) | |
| ) | Case No. 1:15-cv-03278-ELH |
| Plaintiff, ) | |
| v. ) | Judge Ellen L. Hollander |
| ) | |
| WEXFORD HEALTH SOURCES, INC., *et al.*, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |
| )) | |

# PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Description | Filed Under Seal? |
|---|---|---|
| 1 | 2013 Performance Appraisal Form of Dr. Getachew Afre | |
| 2 | Jan. 2013 Utilization Management Presentation from Maryland Business Performance Action Meeting | |
| 3 | 2014 Performance Appraisal Form of Dr. Getachew Afre | |
| 4 | 2012 Central Region Baltimore Annual Performance Improvement Report | |
| 5 | 2007-2017 Death Logs | Yes |
| 6 | 11.30.2012 Monthly CQI Site Committee Report | |
| 7 | 01.31.2013 Monthly CQI Site Committee Report for MCIW, EPRU, and SMPRU | |
| 8 | 01.18.2013 CAP regarding Patient M.C.M. | |
| 9 | 06.26.2013 CAP regarding Patient M.G. | |
| 10 | 06.29.2013 CAP regarding Patient T.L. | |
| 11 | 06.07.2013 CAP regarding Patient A.C-B. | |
| 12 | 11.06.2012 CAP regarding Patient C.R. | |
| 13 | 11.01.2012 Baltimore Pretrial CAP Response | |
| 14 | Deposition of Sharon Baucom, M.D. | |
| 15 | Deposition of Robert Smith, M.D. | |

| | | |
|---|---|---|
| 16 | Deposition of Alfred Joshua, M.D. | |
| 17 | Deposition of Christy Somner | |
| 18 | 01.12.2021 Deposition of Andria Wiggins Graham | |
| 19 | Deposition of Wendy Riccitelli | |
| 20 | Deposition of Mariann Forkgen McKee | |
| 21 | Deposition of Donna James | |
| 22 | 12.22.2020 Deposition of Jocelyn El-Sayed, M.D. | |
| 23 | 10.13.2016 Deposition of Karen McNulty | |
| 24 | Deposition of Kara Hope | |
| 25 | 10.17.2016 Deposition of Najma Jamal | |
| 26 | Deposition of Anike Ajayi | |
| 27 | 12.20.2016 Deposition of Oby Atta | |
| 28 | 10.26.2016 Deposition of Jocelyn El-Sayed | |
| 29 | 01.15.2021 Deposition of Getachew Afre, M.D. | |
| 30 | Deposition of Nicholas Little | |
| 31 | Deposition of Asresahegn Getachew, M.D. | |
| 32 | Deposition of Neil Schwartz, M.D. | |
| 33 | Deposition of Thomas Fowlkes, M.D. | |
| 34 | 01.21.2021 Deposition of Isaias Tessema, M.D. | |
| 35 | Deposition of Stacey Scott | |
| 36 | Deposition of Neil Fisher | |
| 37 | 02.22.2017 Deposition of Isaias Tessema, M.D. | |
| 38 | 10.21.2016 Deposition of Getachew Afre, M.D. | |
| 39 | Deposition of Laura Pedelty, M.D. | |
| 40 | October 2012 Email Correspondence from Isaias Tessema, Mariann Forkgen, Sharon Baucom, and Dereje Tesfaye | |
| 41 | April 2013 Email Correspondence from Donna James and Mariann Forkgen | |
| 42 | August 2012 Email Correspondence from Asresahegn Getachew and Isaias Tessema | |
| 43 | 10.01.2012 Email Correspondence from Fasil Wubu, Stacey Scott, Mariann Forkgen, and Christy Somner | |
| 44 | 10.31.2013 and 11.01.2013 Email Correspondence from Asresahegn Getachew, Getachew Afre, and Isaias Tessema | |
| 45 | 07.11.2013 Email Correspondence from Isaias Tessema, Fasil Wubu, and Getachew Asresahegn | |
| 46 | 11.04.2012 Email Correspondence between Kara Hope and Stacey Shumway | |
| 47 | 02.20.2013 Email Correspondence from Mariann Forkgen and Donna James | |
| 48 | Dr. Harrington Expert Report and CV | |
| 49 | Dr. Keller Expert Report and CV | |
| 50 | Dr. Shwartz Expert Report | |
| 51 | Dr. Pytel Expert Report and CV | |

| | | |
|---|---|---|
| 52 | Dr. Fowlkes Expert Monell Report | |
| 53 | Dr. Keller Expert Rebuttal Report | |
| 54 | Dr. Pedelty Expert Supplment Report | |
| 55 | Neal Health Assessment | |
| 56 | Neal John Hopkins Hospital Medical Records | |
| 57 | Images of Fatima Neal's Brain | |
| 58 | 01.23.2013 Monthly CQI Report | |
| 59 | Wexford's Technical Proposal for Inmate Medical Health Care and Utilization Services for MD DPSCS | |
| 60 | 08.16.2012 DPSCS Monthly Regional Medical Advisory Council Meeting Minutes | |
| 61 | 12.21.2012 Quarterly Regional Multivendor CQI Meeting Minutes | |
| 62 | 10.26.2012 Hagerstown Monthly CQI Committee Report | |
| 63 | 10.25.2012 Baltimore Monthly CQI Committee Report | |
| 64 | 03.28.2013 Monthly CQI Committee Report | |
| 65 | 11.29.2012 Baltimore Monthly CQI Committee Report | |
| 66 | 04.25.2013 Jessup Monthly CQI Committee Report | |
| 67 | 02.19.2013 NBCI and WCI Monthly CQI Committee Report | |
| 68 | 02.20.2013 MCIJ/PRU/CMCF Monthly CQI Committee Report | |
| 69 | 01.23.2013 MCIJ/PRU/CMCF Monthly CQI Committee Report | |
| 70 | 01.24.2013 Jessup Monthly CQI Committee Report | |
| 71 | August and October 2012 Email Correspondence from Isaias Tessema, Mariann Forkgen, and Sharon Baucom | |
| 72 | 12.20.2012 Email Correspondence from Dr. Smith, Luka Getnet, and Christina Oliyide | |
| 73 | 01.04.2013 Email Correspondence from Donna James to Joe Ebbitt, Amy Groszkiewicz, Asresahegn Getachew, and Mariann Forkgen | |
| 74 | Excerpts of Deposition of Neil Fisher, M.D. in Vaughn v. Griffin | |
| 75 | 07.23.2012 Email Correspondence from Donna James | |
| 76 | 08.07.2012-08.08.2012 Email Correspondence between Tracy Scott and Erik Laskowitz | |
| 77 | 07.28.2014 Baltimore Detention Monthly CQI Committee Report | |
| 78 | 09.29.2014 Baltimore Detention Monthly CQI Committee Report | |

| 79 | Medical Records of Patient C.R. | Yes |
|---|---|---|
| 80 | Excerpt of 2012 Annual Report - "IV. Emergency Room Visit Reduction Program" | |
| 81 | Wexford Utilization Management Policies and Procedures for Maryland | |
| 82 | Maryland DPSCS Utilization Management Policies and Procedures | |
| 83 | Second Best and Final Offer Financial Proposal for Inmate Medical Health Care and Utilization Services for MD DPSCS | |
| 84 | Maryland Office of Inmate Health Services Chronic Disease Management Manual | |
| 85 | 2005 Contract between Wexford and MD DPSCS for Utilization Management Services | |
| 86 | April 2021 DOJ Report on Mortality in Local Jails 2000-2018 | |
| 87 | April 2021 DOJ Report on Mortality in State and Federal Prisons 2001-2018 | |
| 88 | Maryland Department of Public Safety and Correctional Facility Annual Average Daily Population Report | |
| 89 | October 2018 Lippert v. Godinez Statewide Summary Report Including Review of Statewide Leadership and Overview of Major Services Report of the 2nd Court Appointed Expert | |
| 90 | 09.05.2006 Clark County, Washington Medical Services for Detainees | |
| 91 | Wexford Health Sources MAC Meeting Minutes | |
| 92 | New Mexico Corrections Department Medical Audit | |
| 93 | Excerpts from Mississippi's FOIA Response | |
| 94 | Declaration of Rachel Brady | |
| 95 | Wexford Analysis of Preventable ER Runs, 2007-2017 | |
| 96 | Wexford Response to P's 2nd ROGs | |
| 97 | 10.23.2012 Medical Record | Yes |
| 98 | 03.07.2017 Deposition of Natalie Saracino | |
| 99 | Natalie Saracino Letter | |
| 100 | Christina Sexton Letter | |
| 101 | Monica Brown Letter | |
| 102 | Kelly Frye Letter | |
| 103 | Criminal Investigation Report on Fatima Neal's Death | |
| 104 | 02.15.2017 Deposition of Carolyn Murray | |
| 105 | Autopsy Report for Fatima Neal | Yes |
| 106 | Affidavit of Dr. Theodore King, Jr. Affidavit | |
| 107 | Dr. Nathaniel Evans Expert Report | |

4

| 108 | Dr. Laura Pedelty Expert Report | |
|---|---|---|
| 109 | Fatima Neal Medical Records | Yes |
| 110 | Declaration of Kelly Frye | |
| 111 | Post 83 Logbook | |
| 112 | 11.01.2012 Medical Record | Yes |
| 113 | Declaration of Kiearra Blair | |
| 114 | Declaration of Natalie Saracino | |
| 115 | Methadone Logs | Yes |
| 116 | Dr. Nathaniel Evans Supplemental Expert Report | |
| 117 | Dr. Laura Pedelty Supplemental Expert Report | |
| 118 | Dr. Peter Pytel Supplemental Expert Report | |
| 119 | 07.19.2017 Deposition of Peter Pytel, MD | |
| 120 | Carolyn Murray Memorandum to BCDC Administrators | |
| 121 | Declaration of Mary Betch | |
| 122 | Donetta Bennett Inmate Statement | |
| 123 | Carolyn Murray Email to BCDC Administrators | |
| 124 | Post-Mortem Report of Fatima Neal | |
| 125 | Najma Jamal Time Record | Yes |
| 126 | Anike Ajayi Time Record | Yes |
| 127 | M. Aubrey Muse Inmate Statement | |
| 128 | Highlighted Autopopulated Medical Records | Yes |
| 129 | 11.04.2012 Medical Record by Najma Jamal | Yes |
| 130 | 11.04.2012 Medical Record by Oby Atta | Yes |
| 131 | Baltimore Fire Department Paramedics Report | Yes |
| 132 | 01.23.2017 Deposition of Bonnie Plimack | |
| 133 | Plimack Death Review | Yes |
| 134 | Deposition of Brent Harris, M.D. | |
| 135 | Declaration of Andrew Garden | |
| 136 | Monica Brown Inmate Statement | |
| 137 | 09.14.2016 Deposition of Sharon Bost | |
| 138 | Wexford and DPSCS Inmate Medical Health Care and Utilization Services Contract and Request for Proposals | |
| 139 | Oct. 2012 Monthly CQI Site Committee Report | |
| 140 | 11.09.2016 Deposition of Andria Wiggins Graham | |
| 141 | Deposition of Ebere Ohaneje | |
| 142 | 07.26.2017 Deposition of Karen McNulty | |
| 143 | 09.19.2012 Email Correspondence from Asresahegn Getachew and Donna James | |
| 144 | 12.21.2012 Quarterly Regional Multivendor CQI Meeting Minutes | |
| 145 | 01.31.2013 Monthly CQI Site Committee Report | |
| 146 | Medical Records of Patient F.R., part 1 | |
| 147 | Medical Records of Patient F.R., part 2 | |

| | | |
|---|---|---|
| 148 | Correspondence and Mortality & Morbidity Meeting Minutes | |
| Group 1 | Utilization Management Reports | |

## CERTIFICATE OF SERVICE

I, Sarah Grady, an attorney, certify that on November 24, 2021, I caused the foregoing exhibit list to be filed via the Court's CM/ECF electronic filing system, which effected service on all counsel of record.

/s/ Sarah Grady
*One of Plaintiff's Attorneys*